# COMPLAINT
(for filers who are prisoners without lawyers)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CLERK-USDC EDWI
FILED
2022 SEP 19 P 1:26

(Full name of plaintiff)

La'Dairyon Moore

v.

(Full name of defendant(s))

Milwaukee County Jail,
Milwaukee County Shieff,
Milwaukee County

Case Number:

**22-C-1082**

(to be supplied by Clerk of Court)

A. **PARTIES**

1. Plaintiff is a citizen of _____United States_____, and is located at
   (State)

   _____949 N 9st 53233 Milwaukee, Wi_____
   (Address of prison or jail)

2. Defendant _____Milwaukee County Jail_____
   (Name)
   is (if a person or private corporation) a citizen of _____United States_____
   (State, if known)
   and (if a person) resides at _____949 N 9st 53233 Milwaukee, wi_____
   (Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I was locked in my room for 45 hours and the state law is we come out our rooms for at least a hour a day and we was locked in our cell for 1 day without coming out and my right was violated June 10th 1:50pm to June 13th 10 am each staff who came and do rounds say we was not coming out and the whole facility was locked down I do not know why they did it but I know my writes was violated and I want Justice for it Also my right was violated again by me not having my preliminary Hearing more then 60 days past and I was took in Custody 11-22-21. When we was locked

Complaint – 2

in our cells they was not awnser our emerengey intercon. They also suppose to provide nutrisist meals. 2019AP221-CR State vs Nhia Says after reviewing the record and brief, and after hearing oral arguments the conclude that the matter should be dismissed as improvidently granted. The court remedy for failing to hold a timely preliminary examination is dismissal without prejudice for lack of personal jurisdiction therefore would require nothing more than an opinion from the court agreeing with the courts of appeals these action violate united states constitution amendments 5, 6, 8, 14 and the violated the state amendments Article I section 1, 2, 3, 5, 6, 7, 8, 9 The Wis. Stat. 302.08, 971.03 (1) DLC 350

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $10,000,000.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I respectfully ask to have a 10,000,000 Money award

E.  **JURY DEMAND**

I want a jury to hear my case.

☐ – YES    ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this September day of 9-11-22, 20 22.

Respectfully Submitted,

Lasairyan Moore
Signature of Plaintiff

2021015391
Plaintiff's Prisoner ID Number

949 N 95t 53233

Milwaukee, Wi
(Mailing Address of Plaintiff)

State of Wisconsin, County of M. Iwaukee
This document was signed before me on 9/11, 2022
by Lasairyan Moore
Notary signature:
My Commission expires on: 11/20, 20 22

[Notary Seal: BRIAN STADLER, NOTARY PUBLIC, STATE OF WISCONSIN]

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.